Entered on Docket
October 15, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: October 14, 2009

_____
THOMAS E. CARLSON
U.S. Bankruptcy Judge
_____

STEVEN W. PITE (CA SBN 157537)
DAVID E. McALLISTER (CA SBN 185831)
KATHERINE L. JOHNSON (CA SBN 259854)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177
Telephone: (858)750-7600
Facsimile: (619) 590-1385

Attorneys for BANK OF AMERICA, NATIONAL ASSOCIATION

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>MARILYN H. REVERENTE ,<br><br><br><br><br><br><br><br><br>Debtor(s). | Case No. 09-31819-TEC<br><br>Chapter 7<br><br>R.S. No. KLJ-310<br><br>ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>DATE: September 21, 2009<br>TIME: 1:00 PM<br>CTRM: 23<br><br>Northern District of California - San Francisco Division<br>United States Bankruptcy Court<br>235 Pine Street, 19th Floor<br>San Francisco, CA 94104 |

The above-captioned matter came on for hearing on September 21, 2009, at 1:00 PM, in Courtroom 23, upon the Motion of Bank of America, National Association ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Marilyn H. Reverente ("Debtor") commonly known as 3675 Squirrel Street Las Vegas, Nevada 89122 (the "Real Property"), which is legally described as follows:

/././

- 1 -

SEE LEGAL DESCRIPTION AS EXHIBIT FOR PROPOSED ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY, DOCKET NUMBER 17.

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust;

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. The 10-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived;

4. Post-petition attorney's fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5. Upon foreclosure, in the event Debtor fails to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law; and

6. Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

** END OF ORDER **

# COURT SERVICE LIST

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177

Marilyn H. Reverente
976 Avalon Ave.
San Francisco, CA 94112

Gary R. Brenner
Law Offices of Mortola and Brenner
630 N San Mateo Dr.
San Mateo, CA 94401

Janina M. Elder
P.O. Box 158
Middletown, CA 95461

U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

Sunrise Ridge Thorobred Management
2555 W Cheyenne Ave
North Las Vegas, NV 89032

Wells Fargo
PO Box 54780
Los Angeles, CA 90054